### Edward MAITRE v. SMITH HARDWARE COMPANY, Limited.
### No. 971.

Court of Appeal of Louisiana. First Circuit.
May 3, 1932.

Milner & Porteous, of New Orleans, and Thos. M. & Jas. T. Burns, of Covington, for appellant.

H. E. & F. B. Ellis, of Covington, and H. W. Robinson, of New Orleans, for appellee.

PER CURIAM.

In this case, for the reasons stated in the case of Franz H. Probst v. Smith Hardware Co. (La. App.) 141 So. 508, it is ordered, adjudged, and decreed that the judgment appealed from be avoided and reversed; and that plaintiff's demand be rejected at his cost.

### Mrs. Melanie MAITRE v. SMITH HARDWARE COMPANY, Limited.
### No. 972.

Court of Appeal of Louisiana. First Circuit.
May 3, 1932.

Milner & Porteous, of New Orleans, and Thos. M. & Jas. T. Burns, of Covington, for appellant.

H. E. & F. B. Ellis, of Covington, and H. W. Robinson, of New Orleans, for appellee.

PER CURIAM.

In this case, for the reasons stated in the case of Franz H. Probst v. Smith Hardware Co. (La. App.) 141 So. 508, it is ordered and decreed that the judgment appealed from be avoided and reversed; that the demand of the plaintiff be rejected at her cost.

### Mrs. Alice PROBST v. SMITH HARDWARE COMPANY, Limited.
### No. 973.

Court of Appeal of Louisiana. First Circuit.
May 3, 1932.

Milner & Porteous, of New Orleans, and Thos. M. & Jas. T. Burns, of Covington, for appellant.

H. E. & F. B. Ellis, of Covington, and H. W. Robinson, of New Orleans, for appellee.

PER CURIAM.

In this case, for the reasons stated in the case of Franz H. Probst v. Smith Hardware Co. (La. App.) 141 So. 508, it is ordered and decreed that the judgment be avoided and annulled; that plaintiff's demand be rejected at her own cost.